UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X
IN THE MATTER OF THE APPLICATION          NOTICE OF INTENT TO FILE
OF THE UNITED STATES OF AMERICA           <u>WIRETAP APPLICATION</u>
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE
COMMUNICATIONS.
- - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that the undersigned intends to file wiretap application under seal and requests that a district court judge be assigned to supervise the wiretap investigation.

The undersigned further requests that this application be filed under seal and that there be no public docket entries regarding this application.

                                              BENTON J. CAMPBELL
                                              UNITED STATES ATTORNEY
                                              Eastern District of New York

By:   _____
       Todd Kaminsky
       Assistant U.S. Attorney
       (718) 254-6367

Dated:  Brooklyn, New York
       May 27, 2008